# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **RODWELL POOLE,** | : |
| Plaintiff, | : |
| vs. | :  **CIVIL ACTION 07-0749-KD-C** |
| **DAVID STREIFF,** | : |
| Defendants. | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 30th day of June, 2008.

                                           s / Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**